THE HONORABLE MARCHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMY COE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS ORAL HEALTHCARE, INC. and KONINKLIJKE PHILIPS ELECTRONICS N.V.,<br><br>Defendants. | NO. 13-518 MJP<br><br>NOTICE OF APPEARANCE |

**TO:** All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of PHILIPS ORAL HEALTHCARE, INC. and KONINKLIJKE PHILIPS ELECTRONICS N.V., by and through their undersigned counsel. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE- 1
No. 13-518 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 11th day of April, 2013.

          **GORDON TILDEN THOMAS & CORDELL** LLP
          Attorneys for Defendants

          By   *s/Jeffrey I. Tilden*
               Jeffrey I. Tilden, WSBA #12219
               1001 Fourth Avenue, Suite 4000
               Seattle, Washington 98154
               Telephone: (206) 467-6477
               Facsimile: (206) 467-6292
               Email: jtilden@gordontilden.com

          **GORDON TILDEN THOMAS & CORDELL** LLP
          Attorneys for Defendants

          By   *s/Jeffrey M. Thomas*
               Jeffrey M. Thomas, WSBA #21175
               1001 Fourth Avenue, Suite 4000
               Seattle, Washington 98154
               Telephone: (206) 467-6477
               Facsimile: (206) 467-6292
               Email: jthomas@gordontilden.com

NOTICE OF APPEARANCE- 2
No. 13-518 MJP

**GORDON TILDEN THOMAS & CORDELL** LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Plaintiffs

Cliff Cantor
Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, WA  98074-7033
Telephone:     425-868-7813
Facsimile:     425-732-3752
E-Mail:         cliff.cantor@comcast.net


*/s/ Ellen R. Evans*
Ellen R. Evans, Legal Secretary

NOTICE OF APPEARANCE- 3
No. 13-518 MJP

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292