# United States District Court
# Western District of Washington

| Amy Coe, on behalf of herself and all others similarly situated, | Case Number: 2:13-cv-00518 MJP |
|---|---|
| Plaintiff(s) | |
| V. | |
| Philips Oral Healthcare, Inc. and Koninklijke Philips Electronics N.V., | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Vivian W. Lien hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Philips Oral Healthcare, Inc. and Koninklijke Philips Electronics N.V.

The particular need for my appearance and participation is:

To ensure that Philips Oral Healthcare, Inc. has its choice of counsel, given Sullivan & Cromwell LLP's long-standing representation of Philips Oral Healthcare, Inc. in litigation.

I, Vivian W. Lien understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Apr 15, 2013          Signature of Applicant: s/ Vivian W. Lien

Pro Hac Vice Attorney
Applicant's Name: Vivian W. Lien

Law Firm Name: Sullivan & Cromwell LLP

Street Address 1: 1888 Century Park East

Address Line 2:

City: Los Angeles    State: California    Zip: 90067-1725

Phone Number w/ Area Code    310-712-6600    Bar # 268045    State: California

Primary E-mail Address: lienv@sullcrom.com    Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Vivian W. Lien is unable to be present upon any date assigned by the court.

Date: 4-16-13    Signature of Local Counsel: s/ Jeffrey I. Tilden

Local Counsel's Name: Jeffrey I. Tilden    Bar # 12219

Law Firm Name: Gordon Tilden Thomas & Cordell LLP

Street Address 1: 1001 4th Avenue

Address Line 2: Suite 4000

City: Seattle    State: Washington    Zip: 98154-1007

Phone Number w/ Area Code  Example: 999-999-9999    206-467-6477

## Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4  By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| s/ Vivian W. Lien | Apr 15, 2013 |
|---|---|
| **Signature**  (use an "s/" and type your name) | **Date Signed** |