The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AMY COE, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br>   vs.<br><br>PHILIPS ORAL HEALTHCARE, INC. and KONINKLIJKE PHILIPS ELECTRONICS N.V.,<br><br>               Defendants. | No. C13-518 MJP<br><br>**NOTICE OF APPEARANCE**<br>**ON BEHALF OF PLAINTIFF AMY COE** |

Please take notice that attorney Lori G. Feldman hereby appears on behalf of plaintiff Amy Coe. Copies of documents and pleadings are to be served on Ms. Feldman as follows:

Lori G. Feldman
MILBERG LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
lfeldman@milberg.com

NOTICE OF APPEARANCE
No. C13-518 MJP

- 1 -

Milberg LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Tel: (212) 594-5300 ● Fax: (212) 868-1229

Dated: May 9, 2013

Respectfully submitted,

*s/ Lori G. Feldman*
Lori G. Feldman, WSBA # 29096

MILBERG LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
Email: lfeldman@milberg.com

Among Counsel for Plaintiff

Certificate of Service

I certify that, on the date stamped above, I caused the foregoing to be filed with the Clerk of the Court via the CM/ECF system, which will send notice of filing to all counsel of record.

*s/ Lori G. Feldman*

NOTICE OF APPEARANCE
No. C13-518 MJP

- 2 -

**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
Tel: (212) 594-5300 ● Fax: (212) 868-1229