The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re PHILIPS ORAL HEALTHCARE LITIGATION<br><br>This document relates to: All actions | Master Docket No. C13-518 MJP<br><br>**ORDER ON PLAINTIFFS' MOTION TO SUBMIT FINAL BAUMGARTEN TRANSCRIPT AND RE-SUBMIT MOTION FOR CLASS CERTIFICATION WITH CORRECTED CITATIONS TO FINAL TRANSCRIPT**<br><br>NOTE ON MOTION CALENDAR:<br>Friday, July 25, 2014 |

This matter is before the Court on plaintiffs' motion to submit the final Baumgarten transcript and re-submit their motion for class certification with corrected citations to the final Baumgarten transcript (the "Motion").

These documents were submitted with the Motion: **Exhibit 1** is the Cantor supplemental declaration (July 3, 2014), and **Exhibit A-1** to the Cantor supplemental declaration is the final Baumgarten transcript. **Exhibit 2** is the re-submitted motion for class certification, as corrected. **Exhibit 3** is a redline showing changes in the corrected motion for class certification from the previously filed version.

Having considered the Motion related briefing, and for good cause shown, the Court ORDERS as follows:

ORDER ON MOT. TO
FILE DOCUMENT UNDER SEAL            - 1 -

1. The Motion is GRANTED.

2. The Court and parties will consider the final Baumgarten transcript, which is in the Cantor supplemental declaration (July 3, 2014) as Exhibit A-1, as opposed to the uncertified draft transcript, which is in the Cantor declaration (June 30, 2014) as Exhibit A.

3. The Court and parties will consider the re-submitted corrected version of Plaintiffs' motion for class certification, which is Exhibit 2 to the Motion, as opposed to the previously filed version that cited the draft Baumgarten transcript.

4. The Stevick report is deemed modified as follows: On page 6 of the report (at PDF page 10 of 36), in footnotes 13-14, the references to the draft Baumgarten transcript at pages 90 and 141 shall instead refer to the final Baumgarten transcript at pages 89 and 140. (*See* Motion at 3 n.2.)

IT IS SO ORDERED.

Dated this 30th day of July, 2014.

Marsha J. Pechman
Chief United States District Judge